*In re* JORGE GORDON MENÉNDEZ.

*Número:* TS-10861     *Resuelto:* 5 de mayo de 2000

*Eduardo René Estades*, abogado del peticionario; *Gustavo A. Gelpí, Procurador General,* y *Cynthia Iglesias Quiñones, Procuradora General Auxiliar*, abogados de El Pueblo.

## RESOLUCIÓN

Examinada la moción de reinstalación del peticionario, se accede a lo solicitado. Por ende, *se reinstala al peticionario al ejercicio de la abogacía efectivo el 8 de mayo de 2000.*

*Publíquese.*

---

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Presidente Señor Andréu García, la Juez Asociada Señora Naveira de Rodón y el Juez Asociado Señor Fuster Berlingeri no intervinieron.

(*Fdo.*) Isabel Llompart Zeno
*Secretaria del Tribunal Supremo*